UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>(1) PRIYA BHAMBI and )<br>(2) SAMUEL MONTRONDE, )<br>)<br>Defendants. ) | Case No. 23-CR-10079-FDS |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, hereby moves to unseal the following documents previously filed under seal in the above-captioned matter:

1. The Motion to Seal and any rulings on the Motion to Seal;

2. United States' Motion for Post-Indictment Restraining Order and for Finding and Endorsement of Lis Pendens;

3. Proposed Restraining Order;

4. Proposed Lis Pendens; and

5. any Orders endorsed related to the above-mentioned Motion.

In support of this motion, the government states that it has recorded copies of the Court-endorsed *lis pendens* and Restraining Order on the Defendant Property with the Suffolk County Registry of Deeds, and has served copies of the *lis pendens* and Restraining Order on the following individuals or entities:

Priya Bhambi
c/o Robert M. Goldstein, Esq
20 Park Plaza, Suite 1000
Boston, MA 02116

Samuel Montronde
c/o Mark W. Shea, Esq
Shea & LaRocque
Suite 200 929 Massachusetts Ave
Cambridge, MA 02139

City of Boston MA
Tax Collection
1 City Hall Square
Window M-30
Boston MA 02201-2004

First Republic Bank
111 Pine Street
San Francisco CA 94111

City of Boston MA
The Assessor's Office
1 City Hall Square
Boston, MA 02201-2011

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ *Carol E. Head*
CAROL E. HEAD
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3100
carol.head@usdoj.gov

Dated:  April 5, 2023

APPROVED AND SO ORDERED:

_____
F. DENNIS SAYLOR IV
Chief United States District Judge

Date: __4-5-2023_____, 2023